IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| RICKY DOUGLAS McCLAIN, Jr., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 5:04-cv-1143-IPJ-TMP |
| ) | |
| DENNIS ALBRIGHT and ) | |
| SHERIFF JERRY STUDDARD, ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 6, 2006, recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). The plaintiff filed objections to the report and recommendation on February 22, 2006.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED, and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

DONE and ORDERED this the 8th day of March, 2006.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE